# In the United States Court of Federal Claims

No. 19-595L
(Filed: February 16, 2021)

```
*************************************
WILLIAM CALLAWAY and HEATHER    *
CALLAWAY et al.,                *
                                *
             Plaintiffs,        *
                                *
     v.                         *
                                *
THE UNITED STATES,              *
                                *
             Defendant.         *
*************************************
```

## ORDER

The parties in this matter filed a joint status report on February 12, 2021. The parties informed the court that the settlement for parcels 3, 4, and 8 has been paid by the Judgment Fund and distributed to the plaintiffs pursuant to the settlement agreement. The parties also noted that they have reached a tentative settlement regarding parcels 1, 2, 5, 6, and 7, but that they have not yet fully resolved URA fees for these parcels. The parties therefore propose that they file a joint status report by March 12, 2021, to advise the court of their progress towards resolving these matters.

Pursuant to the parties' request, the court orders the parties to file a joint status report **no later than Friday, March 12, 2021**, advising the court of their progress towards settlement for the remaining parcels.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Senior Judge
